

**THIS IS A REPRESENTATION OF THE ORIGINAL DOCUMENT**

## ESCROW ANALYSIS STATEMENT

TRISTA L MITCHELL
1661 HARDWOOD COURT
ANCHORAGE
 AK 99507
UNITED STATES

| | Analysis Date | 08/02/16 | |
|---|---|---|---|
| | Payment Change Effective | 11/01/16 | |
| | | **Current** | **New** |
| | Principal  & Interest | 844.78 | 844.78 |
| | Escrow Deposit | 249.79 | 535.05 |
| | Total Monthly Payment | 1094.57 | 1379.83 |

| Account No | | Statement Type | ANNUAL | Date | 08/02/16 |
|---|---|---|---|---|---|
| SHORTAGE WAS SPREAD | | BKR | POC ESC SHORT | | 1508.37 |

PROJ STMT ESC DATA MAY BE DIFF THAN CURR DATA

**Analysis Based On**

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 4552.78 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 379.39 | Cushion  S-1/6 | 758.78 |
| Cycle | 11/01/16 - 10/31/17 | RESPA Max 1/6 Cushion | 758.78 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | | |

**Results**

Lowpoint Month: 07/17   Anticipated Bal   -8581.04   Required Bal   758.78
SHORTAGE   -9339.82   DEFICIENCY   .00
EA Shortage Spread Used   60   View Trial Bal Detail   No

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 11/01/16 - |
|---|---|---|
| 844.78 | PRINCIPAL & INTEREST | 844.78 |
| 249.79 | ESCROW | 379.39 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 155.66 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 1094.57 | TOTAL BORROWER PAYMENT | 1379.83 |

**Trial Balance Detail**

| | -- To Escrow -- | | -- From Escrow -- | | ---- Escrow Balance ---- | |
|---|---|---|---|---|---|---|
| Month | Antciptd | Cpindex | Antciptd | Desc | ANTCIPTD | Required |
| | | | STARTING BALANCE => | | -7778.77 | 1561.05 |
| 11/16 | 379.39 | .00 | 112.00 | HOA/CO | -7511.38 | 1828.44 |
| 12/16 | 379.39 | .00 | 112.00 | HOA/CO | -7243.99 | 2095.83 |
| 01/17 | 379.39 | .00 | 112.00 | HOA/CO | -6976.60 | 2363.22 |
| 02/17 | 379.39 | .00 | 112.00 | HOA/CO | -6709.21 | 2630.61 |
| 03/17 | 379.39 | .00 | 112.00 | HOA/CO | -6441.82 | 2898.00 |
| 04/17 | 379.39 | .00 | 112.00 | HOA/CO | -6174.43 | 3165.39 |
| 05/17 | 379.39 | .00 | 112.00 | HOA/CO | .00 | .00 |
| | .00 | .00 | 1604.39 | COUNTY | -7511.43 | 1828.39 |
| 06/17 | 379.39 | .00 | 112.00 | HOA/CO | -7244.04 | 2095.78 |
| 07/17 | 379.39 | .00 | 112.00 | HOA/CO | .00 | .00 |
| | .00 | .00 | 1604.39 | COUNTY | -8581.04 | 758.78 |
| 08/17 | 379.39 | .00 | 112.00 | HOA/CO | -8313.65 | 1026.17 |
| 09/17 | 379.39 | .00 | 112.00 | HOA/CO | -8046.26 | 1293.56 |
| 10/17 | 379.39 | .00 | 112.00 | HOA/CO | -7778.87 | 1560.95 |

**3701 REGENT BLVD  |  IRVING, TX 75063**